CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LOCHEL, KENNETH<br><br>LOCHEL, DEBORAH<br><br>Debtor(s), | CASE NO.: BK-S 09-20467-LBR<br>IN CHAPTER 7 PROCEEDINGS<br><br>**66 TIDWELL LANE,**<br>**HENDERSON, NEVADA 89074**<br><br>Hearing Date:  September 30, 2009<br>Hearing Time:  10:00 a.m. |

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COME NOW, KENNETH LOCHEL AND DEBORAH LOCHEL (hereinafter the "Debtors"), by and through their attorneys, PIET & WRIGHT, L.L.C., and attorney CHARLES T. WRIGHT, ESQ., and respectfully request this Court to deny the MOTION FOR RELIEF FROM AUTOMATIC STAY filed by **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE**, by and through their attorney, GREGORY L. WILDE, ESQ., OF WILDE & ASSOCIATES, local counsel for TIFFANY & BOSCO, P.A., as follows:

**POINTS AND AUTHORITIES**

11 U.S.C. Section 362(d)(1) states that the Court may terminate, modify or condition stay

1

"for cause, including the lack of adequate protection of an interest in property of such party in interest;---"

11 USC Section 362(d)(2) the Court may terminate, modify or condition a stay

"with respect to a stay of an act against property under subsection (a) of this section, if –

(A)     the debtors do not have an equity in such property AND

(B)     such property is not necessary to an effective reorganization"

## STATEMENT OF FACTS

Debtors property has liens of approximately $218,039.57 for the property located at 66 Tidwell Lane, Henderson, NV 89074.  Debtors believe that they do not have any equity in the property.

11 U.S.C. Section 361(1) may apply as:

1.     Debtors acknowledge that if they are late on the post petition payments, they will need some time to acquire the necessary funds to cure all post-petition arrearages.

2.     Debtor has been accepted for modification on the mortgage to this property and is currently pursuing the same.

3.     Debtors intensions are to stay current on future post-petition payments.

THEREFORE, Debtors request that the Motion filed be denied under 11 U.S.C. Section 362(d)(1) or (2), and that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtors to become current on the post petition arrearages and/or to stipulate to an Order Re Adequate Protection.

Dated this 24th day of September, 2009.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

PIET & WRIGHT

By: /s/ Charles T. Wright
    CHARLES T. WRIGHT, ESQ.
    Nevada Bar No. 10285
    3130 S. Rainbow Blvd., Ste. 304
    Las Vegas, Nevada 89146
    *Attorney for Debtors*

PIET & WRIGHT
ATTORNEYS AT LAW
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
Telephone: (702) 566-1212
Facsimile: (702) 566-4833